No. 5,773.—COUNTY OF TOOLE, RESPONDENT, *v.* FIRST STATE BANK OF SHELBY, APPELLANT.

*Appeal from District Court, Toole County; John J. Greene, Judge.*

Decided February 15, 1926.

PER CURIAM.—On motion of counsel for respondent, the appeal herein is dismissed.

*Messrs. Freeman, Thelen & Frary,* for Appellant.

*Mr. R. L. Clinton,* for Respondent.

---

No. 5,799.—MARTIN CUNNIFF, RESPONDENT, *v.* FRED H. RICHARDSON ET AL., APPELLANTS.

*Appeal from District Court, Lewis and Clark County; Wm. H. Poorman, Judge.*

Decided February 15, 1926.

PER CURIAM.—On motion of counsel for respondent, the appeal herein is dismissed, the appellants having failed to file and serve their brief within the time allowed by the rules of this court.

*Mr. E. D. Phelan,* for Appellants.

*Mr. Lester H. Loble,* for Respondent.